698

32 So.2d 171

### Ex parte William H. HICKS.
#### 6 Div. 625.

Supreme Court of Alabama.
Aug. 1, 1947.

Petition for mandamus to George Lewis Bailes, as Judge, Circuit Court, Jefferson County.

Hugh A. Locke, Wade H. Morton, and Bowers, Dixon & Dunn, all of Birmingham, for petitioner.

G. Ernest Jones, of Birmingham, for respondent.

PER CURIAM.
Writ denied. All the Justices concur.

32 So.2d 171

### Jane HYCHE et al. v. STATE.
#### 6 Div. 503.

Supreme Court of Alabama.
April 22, 1947.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Bill to quiet title.

Jas. A. McCollum, of Tuscaloosa, for appellant.

A. A. Carmichael, Atty. Gen., for appellee.

PER CURIAM.
Appeal dismissed, want of prosecution.

32 So.2d 171

### Ollie Lee HYCHE v. STATE.
#### 6 Div. 502.

Supreme Court of Alabama.
April 22, 1947.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.
Bill to quiet title.

Jas. A. McCollum, of Tuscaloosa, for appellant.

A. A. Carmichael, Atty. Gen., for appellee.

PER CURIAM.
Appeal dismissed, want of prosecution.

32 So.2d 171

### Ottie HYCHE v. STATE.
#### 6 Div. 501.

Supreme Court of Alabama.
April 22, 1947.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Bill to quiet title.

Jas. A. McCollum, of Tuscaloosa, for appellant.

A. A. Carmichael, Atty. Gen., for appellee.

PER CURIAM.
Appeal dismissed, want of prosecution.

29 So.2d 888

### INTERNATIONAL SHOE CO. v. Carl MURPHREE.
#### 8 Div. 338.

Supreme Court of Alabama.
Jan. 21, 1947.

Appeal from Circuit Court, Limestone County; A. A. Griffith, Judge.

Thos. S. Woodroof, of Athens, for appellant.

R. B. Patton, of Athens, for appellee.

PER CURIAM.
Appeal dismissed, motion of appellant.